## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARIO ALVARADO, on behalf of himself and all other similarly situated persons, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> LOS POTRILLOS FOOD MARKET LLC, ARMANDO MIRAMONTES, individually, and ROGELIO MIRAMONTES, individually, <br><br> Defendants. | Case No. 15-cv-5886 <br><br> **Magistrate Judge Susan Cox** |

### STIPULATION OF DISMISSAL

     Plaintiff, Mario Alvarado, and Defendants, Los Potrillos, Armando Miramontes, individually and Rogelio Miramontes, individually, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation of Dismissal, this matter may be initially dismissed as to all Defendants, without prejudice, each party to bear its own costs and fees. If Plaintiff has not moved to reinstate in order to enforce the terms of the Settlement Agreement in this matter, this dismissal will automatically convert to a dismissal with prejudice upon April 8, 2016.

Dated: March 9, 2016

| | |
|---|---|
| MARIO ALVARADO, | LOS POTRILLOS FOOD MARKET LLC, ARMANDO MIRAMONTES, individually, and ROGELIO MIRAMONTES, individually, |
| | |
| By: /s/ Alexis D. Martin | By: /s/ Gilberto Rivera |
| One of Plaintiffs' Attorneys | One of Defendants' Attorneys |
| Caffarelli & Associates, Ltd. | Rivera & Associates |
| 224 S. Michigan Ave., Suite 300 | 2057 N. Western Ave. |
| Chicago, Illinois 60604 | Chicago, Illinois 60647 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served a copy of the attached document, **Stipulation of Dismissal**, to the parties listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on March 9, 2016.

Gilberto Rivera (gilriveralaw@gmail.com)
Rivera & Associates
2057 N. Western Ave.
Chicago, Illinois 60647

/s/ Alexis D. Martin
One of Plaintiff's attorneys